Morris S. Nelkin, Plaintiff, v. Provident Loan Society of New York, Defendant.— Judgment unanimously directed for plaintiff, without costs, upon agreed statement of facts. The facts in paragraph 10 of the submission may not be considered. (*Green* v. *Wachs*, 254 N. Y. 437.) The memorandum did not constitute Moskowitz an agent of the plaintiff for the sale of the ring (*Green* v. *Wachs, supra*), and, therefore, the Factors' Act does not apply. (Pers. Prop. Law, § 43.) The ring having been obtained by Moskowitz from the plaintiff through a common-law larceny " by trick and device " for this added reason the Factors' Act does not apply. (*Stone, Inc.,* v. *Provident Loan Society of New York,* 260 N. Y. 536; *Soltau* v. *Gerdau,* 119 id. 380; *Schmidt* v. *Simpson,* 204 id. 434, 439.) Present — Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ.

Martin O'Leary, Respondent, v. Standard Oil Company of New York, Appellant.— Judgment and order affirmed, with costs. No opinion. Young, Scudder and Tompkins, JJ., concur; Kapper, J., dissents; Lazansky, P. J., not voting.

The People of the State of New York, Respondent, v. Frank Gordon, True Name Alfred Moscow, Appellant.— Judgment of conviction and order of the County Court of Kings county unanimously affirmed. No opinion. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ.

The People of the State of New York, Respondent, v. Pasquale Ricci, Appellant.— Judgment of conviction of the Court of Special Sessions of the City of New York, Borough of Brooklyn, unanimously affirmed. No opinion. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ.

The People of the State of New York, Respondent, v. James Steele, Appellant.— Judgment of conviction unanimously affirmed. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Scudder, JJ.

Juliet Rindelaub, Respondent, v. Robert C. Rindelaub, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ.